UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNY RAMGOOLIE,

               Plaintiff(s),

v.                                           16CV3345VECSN

AANDCO HEALTH CARE LTD,

               Defendant(s).

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

    Plaintiff(s), JENNY RAMGOOLIE, request(s) that the Clerk of Court enter Default against Defendant(s), AANDCO HEALTH CARE LTD, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated June 14, 2016

                                                                             _/s/_____

                                                               Plaintiff JENNY RAMGOOLIE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNY RAMGOOLIE

                Plaintiff(s),

- against -

AANDCO HEALTH CARE LTD

                Defendant(s),
-----------------------------------------------------------------X

16CV Civ. 3345 (VC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 5/5/16 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) 5/17/16 by personally serving HAND DELIVERY, and proof of service was therefore filed on 6/10/16, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

            _____, 20___

                                      RUBY J. KRAJICK
                                      Clerk of Court

                            By: _____
                                      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNY RAMGOOLIE,

                Plaintiff(s),

v.                                       16CV3345VECSN

AANDCO HEALTH CARE LTD,

                Defendant(s).

### AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, JENNY RAMGOOLIE, being duly sworn, state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on May 5, 2016.

3. Defendant(s) was served with a copy of the summons and complaint on May 17, 2016, as reflected on the docket sheet by the proof of service filed on June 10, 2016.

4. An answer to the complaint was due on June 7, 2016.

5. Defendant(s) has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. That defendant(s) is not an infant or incompetent.

7. Defendant(s) is not presently in the military service of the United States as appears from facts in this litigation.

8. Plaintiff requests that the clerk of court enter default against the defendant(s).

Dated June 14, 2016

                                                                 Plaintiff Jenny Ramgoolie
                                                                  900 Henderson Ave, Apt 2515
                                                                  Houston, TX 77058
                                                                  1-646-377-6792

jramgoolie@gmail.com

Sworn to and subscribed before
Me this 14 day of June, 2016
_____Marl P. S↑ff_____
Notary Public
My Commission Expires: 4-14-2018



MARILYNN P SCHAFFER
My Commission Expires
April 14, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNY RAMGOOLIE,

        Plaintiff(s),

    v.                                          16CV3345VECSN

AANDCO HEALTH CARE LTD,

        Defendant(s).

---

## CERTIFICATE OF SERVICE

I, JENNY RAMGOOLIE, hereby certify that I am employed by Elderserve Health Inc and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Request for Clerk's Entry of Default, Affidavit in Support of Request for Clerk's Entry of Default and proposed Clerk's Entry of Default to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

    Addressee: Aandco Health Care Ltd.
    47 Eleanor Street,
    Chaguanas, Trinidad and Tobago

Dated June 14, 2016

                                                          Plaintiff Jenny Ramgoolie
                                                          900 Henderson Ave, Apt 2515
                                                          Houston, TX 77058
                                                          1-646-377-6792
                                                          jramgoolie@gmail.com

y Ramgoolie
Henderson Ave.,
2515, TX 77058
ston, TX 77058


U.S. POSTAGE
PAID
HOUSTON, TX
77058
JUN 14, 16
AMOUNT
$1.15
R2305M145937-04


9400            00481

AANOCO HEALTH CARE LTO
47 ELEANOR STREET,
CHAGUANAS,
TRINIDAD AND TOBAGO