```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JENNY RAMGOOLIE,                                      :
                                                      :
                        Plaintiff,                    :
                                                      :           16-CV-3345 (VEC)(SN)
            -against-                                 :
                                                      :           ORDER REGARDING
ANDY RAMGOOLIE, KEVIN RAMGOOLIE,                      :           DEFENDANT'S RESPONSE TO
JEREMY RAMGOOLIE, ANNIE RAMGOOLIE,:                               PLAINTIFF'S MOTION FOR
                                                      :           RECONSIDERATION
                        Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2018, this Court issued an order [Dkt. 149] adopting a report and recommendation by Magistrate Judge Netburn [Dkt. 139];

WHEREAS on September 20, 2018, the plaintiff submitted a motion [Dkt. 154] requesting partial reconsideration of the Court's order; and

WHEREAS defendant Andy Ramgoolie did not submit a response to plaintiff's motion by October 4, 2018, as required by Local Civil Rule 6.1(b);

IT IS HEREBY ORDERED that no later than 5:00pm on October 11, 2018, defendant Andy Ramgoolie shall submit an answering memorandum responsive to plaintiff's motion, along with any supporting affidavits. If defendant does not file a response by that time, the Court will treat plaintiff's motion as fully briefed.

**SO ORDERED.**

Date: October 10, 2018                          _____
      New York, New York                         **VALERIE CAPRONI**
                                                 **United States District Judge**