USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JENNY RAMGOOLIE, :
:
Plaintiff, :
: 16-CV-3345 (VEC)(SN)
-against- :
: ORDER
:
ANDY RAMGOOLIE, :
:
Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 5, 2018, the parties appeared for oral argument before this Court,

IT IS HEREBY ORDERED that for reasons discussed at argument, Plaintiff's motion for reconsideration [Dkt. 154] is DENIED. The Clerk of Court is respectfully directed to terminate the open motion at docket entry 154.

IT IS FURTHER ORDERED that jury selection and trial will begin on **May 6, 2019, at 10:00a.m.** Motions in limine must be filed no later than **February 1, 2019**, with responses due **February 15, 2019**. No replies in support of motions in limine will be permitted. A joint pre-trial order, any requests to charge, and proposed voir dire questions must be filed no later than **March 29, 2019**. The parties are directed to the Court's Individual Rules for the required contents of their joint pretrial order and are reminded that voir-dire questions should be focused specifically on the facts of this case. The parties must appear for a final pre-trial conference on **April 18, 2019 at 2:00 p.m.**

**SO ORDERED.**

Date:  **November 5, 2018**
       **New York, New York**

                                               **VALERIE CAPRONI**
                                               **United States District Judge**