September 10th 2019,

Honorable Judge Sarah Netburn

United States Court

Southern District of New York

Daniel Patrick Moynihan US Courthouse

Pro SE intake Unit Room 200



Dear Judge Netburn,

RE: RAMGOOLIE VS RAMGOOLIE CASE 16CV3345(VEC)(SEN)

Today is a very sad day for me. My name is Candy Grush, I had so many things to tell you and say to you but the love of a brother, Andy Ramgoolie had for his sister, Jenny Ramgoolie made me not send it. No matter what lies Jenny told about him he stopped me from telling the truth because he doesn't want anyone saying anything about his sister. I am his twin but the love and kindness he had for Jenny Ramgoolie and Rishi Ramgoolie was more. He was kind and loving to everyone. But they needed him more. When Jenny Ramgoolie, son, Rishi Ramgoolie got in trouble with the law and was in jail for six years Andy stood up for them like not a brother but like a dad for Rishi, because he was our favorite nephew.

When the case was over they ran away from Florida as fast as they can, and stayed at Andy's house. He fed them sheltered them like in the bible, but when he was in trouble, divorce they dug a hole for him.

Andy Ramgoolie heart aches. Andy is still in morning for his mother, he just got a divorce and has not been very well. His Attorneys had never counteract any of the dockets or denied or acknowledged it.

When a letter came for my mom Annie Ramgoolie, a second letter, no one had told the court that my Mom had a stroke. Jenny knew this. Docket #51 . I had to write a letter informing you my mom is incompetent. Why is Jenny Ramgoolie not consequence for lying under oath. The lawyers also never informed you. Andy Ramgoolie depended his attorneys to defend him. Andy and myself are still in mourning over our mother Annie Ramgoolie and suing Andy Ramgoolie and my stroke mom is unheard

①

of . But for Jenny Ramgoolie and her son they are counting on this to retire. greed has taken her over.

Andy and I, Candy Grush had taken off a month from our family to hold Jenny hands when she needed us. All I can tell you Judge am I in awe when I got the first letter at my address 4815 Eastridge Drive, contempt on Annie Ramgoolie for not showing up in court in New York . Annie Ramgoolie, who was bed ridden couldn't talk walk move, I had to turn her every fifteen minutes, clean her when she used the bathroom and fed her when she was hungry. I had to send you a letter, Judge. What kind of person is that, she was a daughter and a sister to us. And no fear of lying to you. I saw she answered docket #51 saying Annie needed a guardian, that does not matter whether she had a guardian or not she lied to you. I am my mother's daughter, a person of interest for my mom and a good one too.

This whole lawsuit this was calculated and manipulated from the very beginning.

Please read my other letters and reconsider the decision you have made on September 10th 2019.

Jenny has never owned fifty percent of the Company in question, Jenny had told me in the bathroom that she resigned, And she would beg my mom and I to tell the company to make her part owner. The lie about using her, son and not wanting her name for the Company's sake is a lie. As a citizen of this country and all the lies Jenny has told this court, I am pleading and asking you for a dismissal of this case against Andy Ramgoolie.

Annie Ramgoolie has lived in the country for the past thirty years and Andy Ramgoolie has taken care of his mom, He always provided a place for her to stay at made her very comfortable, Until her last years she spent with me. Andy Ramgoolie would come to Nebraska to visit her as often as he can.

Please take into consideration he is still mourning his mother and he is very weak right now and was depending on his council for help. Please reconsider your decision. I can testify under oath that Jenny Ramgoolie does not own any part of the company, but was an employee of the said Dialysis Company in law suit. He has done the same for Jenny and Rishi Ramgoolie and taken care of them when they were in need. We were that kind of family. I am in awe, and that's why you haven't heard from me. My mom's death is hard for me and Andy and he did not want me to send these letters, because of his kindness. But I am I hope it is not too late for the truth. I didn't have the strength to write or even think.

Thanking you in Advance

Candy Grush

State of Nebraska County of Douglas
Subscribed and sworn before me on 9-12-2019 (Date)
_Yetherin Martin Mann_
(Notary Signature)


GENERAL NOTARY-State of Nebraska
LEKEISHA MARTIN-MANN
My Comm. Exp. Feb. 26, 2022

②

December 20th 2017



Honorable Judge Sarah Netburn

United States Court

Southern District of New York

Daniel Patrick Moynihan US Courthouse

Pro-Se Intake Unit Room 200

Dear Judge Netburn.

RE: RAMGOOLIE V RAMGOOLIE   NO. 16CV3345(VEC)(SN)

I am writing a letter again after a year and half later, hoping that Jenny Ramgoolie would do the right thing and stop her lies. But as citizen of this country I have the right to do what is right for case 16CV33459(VEC)(SN) and as a sister I want to do what is right for my brother Andy Ramgoolie.

Im going to talk about the facts in this case on Docket#51 for example dated 9/16/16

Jenny Ramgoolie stated that she had no medical or legal documents declaring Annie Ramgoolie incompetent. Jenny is a nurse and have years of medical background. Jenny is a citizen of this country and has a Nursing License that would prove her knowledgeable in the medical field. I was referring to her as a nurse, but now I am going to refer to her as a sister and as a daughter to Annie Ramgoolie, where is the integrity. Therefore I had to have proof from Dr. Saqueton because Jenny Ramgoolie lied about her medical knowledge that she was unaware that Annie Ramgoolie is incompetent.

Annie Ramgoolie on Docket #51 Jenny Ramgoolie talked about Annie Ramgoolie needing a guardian and an attorney, I, Candy Grush do not need an attorney to defend my mom, because as a citizen of this country I was given freedom of speech, and as a daughter I have the rights in this country to protect my

mother from Jenny Ramgoolie. But yes many doctors can send you letters and can also testify that Jenny Ramgoolie was present in their office, and was fully aware that Annie Ramgoolie had a stroke on October 23rd, 2015 and was incompetent. I can testify that Jenny Ramgoolie was the first one that got that phone call that Annie Ramgoolie; her mom had a stroke, cannot talk, walk and was disabled on her right side. So therefore Annie Ramgoolie couldn't get on a plane and defend herself.

But from my personal experience with Jenny Ramgoolie and in Annie Ramgoolie's got a letter from Annie's Doctor.

The facts remain that Jenny Ramgoolie was very aware of Annie Ramgoolie's medical condition as a nurse and as a daughter.

I hope and pray that she will be consequence for lying under oath.


Lets talk about Andy Ramgoolie, I Candy Grush as a citizen of this country and in Andy's defense very simple and the facts. I Candy Grush would like to testify that Jenny Ramgoolie is an opportunist.

Jenny Ramgoolie is stripping Andy Ramgoolie just like she stripped the home she had in Ocala that went into forclosure. Yes Jenny Ramgoolie left the home just with bones. She took the doors, that didnt belong to her the Windows, the appliances, the lighting; anything she can ripped off came off from the house that was not hers.

The facts remain that Jenny Ramgoolie resign her position at the Dialysis center that she didnt have a contract. I can testify that Jenny Ramgoolie and I Candy Grush were in the bathroom in Nebraska at one of my mom's surgery in February 2016 and she told me she resigned from the dialysis center because she was not allowed to make decisions and that she was not part owner.

Yes the dialysis center gave her access to everything, because here is where the OPPORTUNI$T comes in. She has the knowledge of a medical person to help with the dialysis center, but under oath on docket #51 she had no medical knowledge of what Annie Ramgoolie condition was like. Annie Ramgoolie had no changes in her medical condition from October 23, 2015 to until she passed June 19th 2017.

The facts remain there is a resignation letter. Yes she is going to ask for lots of stuff because she was trusted by everyone including Andy Ramgoolie. The foreclosure banks trusted her. Andy Ramgoolie is going through a divorce so the (Opportunist) comes in again.

I Candy Grush can testify that she threatened to go to Camryn Ramgoolie with lies and deceit to get what she wants.

It's called blackmailing.

Jenny Ramgoolie had a group home but things didn't go so well, group home closed , while her son was in Jail she had come back to New York and started back working.

This Ramgoolie family helped her to pay her attorney fees, put homes in our names and didn't mind if our credit went bad. And again this is the where you see someone true colors, they give a inch she wants the whole yard, so to speak.

I can testify that is the character of Jenny Ramgoolie.

How long is the Charade going to go on.

Annie Ramgoolie moved to my home July 23rd 2015. Yes I went to New York to bring her back to Nebraska,

I want to talk about Docket # 53

Annie Ramgoolie was bought to Nebraska July 23, 2015 because Rishi Ramgoolie had abused Annie Ramgoolie again. Rishi Ramgoolie had went on a rampage broke up all the picture frames in the house picked up Annie Ramgoolie's husband and threw him on the floor. Annie Ramgoolie locked herself in her room and called Jenny Ramgoolie for help and called me (Candy Grush). Annie Ramgoolie's husband had to sleep in the shed for fear of his life.

This is facts and there is a police record in Queens, New York around May 2015 when it happened and Rishi was hospitalized. Andy Ramgoolie couldn't go in his own home because Rishi Ramgoolie said he was the owner of it.

We can go back some years, the said Rishi Ramgoolie was on house Arrest in Ocala Florida and he got in trouble with the law and Jenny Ramgoolie sent Annie Ramgoolie to house sit him. Rishi Ramgoolie told Annie Ramgoolie to get on her knees, pushed her, slapped her and yelled at her, she managed to get away and locked herself in the bathroom called Andy and myself that she was getting abused from Rishi Ramgoolie. Andy Ramgoolie bought a ticket right away from New York and went to get his mother Annie Ramgoolie. I Candy Grush kept Rishi Ramgoolie on the phone to occupy him while my mom stayed safe.

Lastly, I Candy Grush can testify of my abuse from Rishi Ramgoolie,

In October, 2016, I was doing at home dialysis for my bedridden, stroke mom, Annie Ramgoolie who cannot move her right side, walk or talk. The machine was on, blood was cleaning, a three hour session halfway through, the doorbell rang. I asked my sister law to watch the machine. My husband went to get pizza clear downtown, and my oldest brother Kenny was in his room.

A Police officer was at my door. I said what's going on Officer, he said I have Rishi Ramgoolie in my car in handcuffs. Yes Rishi Ramgoolie had moved to Nebraska also on July 23rd 2015. I got him an apartment and signed a lease for him. He was still verbally abusing my mom at my home when i wasn't home. Anyways back to the Police Officer, the neighborhood called and said he was knocking on doors and when they answered it he would push his way in to tell them he can sell their houses. We have him in

③

the car and we want to know if we can release him to you. Well being nice and not wanting him to go to jail I said yes but my brother Kenny told me to be careful, because he is a big guy and can be violent. Rishi Ramgoolie said he just wanted to rest a little.

I took him in he laid on the sofa, and all of a sudden he got up and said where is grandma, Annie Ramgoolie, I told him she was doing dialysis and when she was done he could see her. He ran into her room and all I did was screamed for Kenny, Rishi Ramgoolie put his hands on my mom's chest and was pressing down on her chest. Machine still turning the blood and lines in her arms to the machine. I said please Rishi not now, he picked me up threw me across the room, and scratch my neck, my brother Kenny ran in the room he picked up Kenny and threw him by the stairs, my little girl grab the phone and call 911, my sister N law ran out the door Kenny and I would get back up and kept blocking him from Annie Ramgoolie. Kenny and I put our bodies over mom; We started to pray JESUS, JESUS with miracle the machine didn't beep or lines was not dislodged. About eight firefighters had to stay in the room until dialysis was over. To keep Rishi Ramgoolie on the floor and until police officers came and took him to the hospital. They asked if we wanted to press charges and we said he needs to go to hospital. I had scratches and bruises.

And this is the fact; I did have the police record and can still prove this incident to you.

Like I said I was hoping, not to write this truth letter.

Also when Rishi Ramgoolie was jailed in Ocala, he threatened to Kill the Prosecutor, Mr. Hooker, burn his house down and kill his family. There are records of it for proof.

Docket #53 to come from Rishi Ramgoolie. This is Rishi Ramgoolie Character letter from a citizen of this country. It makes me sick to my stomach.

My Character letter from Candy Grush about Andy Ramgoolie is that he is a kind soul and very naive, when it comes to Jenny Ramgoolie and Rishi Ramgoolie

He does not know she is an OPPORTUNIST because he is naive.

The said Jenny Ramgoolie and Rishi Ramgoolie had no place to go and asked Andy Ramgoolie if they can stay at his house.

Andy Ramgoolie allowed them to stay for in his house for three years. Jenny Ramgoolie car got broken down Andy Ramgoolie loaned her a car, which she used for three years as well.

Rishi Ramgoolie was on trial for Murder for a month, and Andy Ramgoolie was in Ocala as well didn't get to see his last son born, he would see his wife on the weekends but both of them agree for Andy to be there for Jenny Ramgoolie.

Jenny Ramgoolie needed help financially for Rishi Ramgoolie murder case, the Ramgoolie family helped monetary wise.

Rishi Ramgoolie needed bail, Ramgoolie family put up their home, because Jenny Ramgoolie didn't have any colateral.

And the sad truth is that Jenny Ramgoolie is an OPPORTUNIST to this family who has helped her for six years, when Rishi Ramgoolie was arrested and she conned both Andy Ramgoolie and Annie Ramgoolie.

When Annie Ramgoolie moved to Nebraska in July, 2015 Jenny Ramgoolie would call and verbaly abuse my mom to tell her that she has to tell Andy and the dialysis center to make her owner, I was present and she would text me(Candy Grush) at least thirty times in five minutes. Jenny Ramgoolie had an sickening obsession with the Dialysis center. Yes i was there in 2014 as she claims in Docket # 51 and I was not brain washed by anyone im just very observant and intelligent. Because before this dialysis center was even thought of they came to me and ask if I would be interested and I said if Jenny Ramgoolie was any part of it, it will be NO I was right. I am not dragged into this mess because like i said THIS IS WHAT I FORSEE.

There is many more character letters I can write of Jenny Ramgoolie I just want to keep it simple and related to the facts, on the dockets that are on file.

When Jenny Ramgoolie moved to Ocala, she opened some group homes and asked me, Candy Grush and my mom Annie Ramgoolie to buy homes in our name to help her extend her business. We did, we bought homes in our name to help her out. They are foreclosed now our credits are not so good, but that's what we did for Jenny Ramgoolie and this is the Thank you we get. I told you I know her a long time. This all happened prior to the opening of Dialysis Center.

And I was hoping not to write this letter, and that Jenny Ramgoolie would do the right thing

The truth shall set us free.

One more thing there is probably more; When Jenny Ramgoolie and Rishi Ramgoolie came to New York to live on or about April 2014, after the murder trial. Yes I, Candy Grush was there too for a month. prior to talking about the dialysis center Jenny Ramgoolie, did not work for the past few years, and barely had any money, lived at Andy's home in Queens with her son Rishi Ramgoolie, the same home Annie Ramgoolie lived at, with her husband. My point I'm making is that she was broke. To prove it she was writing checks from Annie Ramgoolie account and paying her bills, Annie Ramgoolie called me and told me that Jenny Ramgoolie was writing checks from her account without her knowledge, it is called stealing. Annie Ramgoolie went to Chase bank, closed the account and reopened another account and hid her check book. I can go on and on and on.

Thanking You In Advance
C.
Candy Grush

State of Nebraska County of Douglas
Subscribed and sworn before me on 9-12-2019
(Date)
Lekeisha Morgan Mann
(Notary Signature)

GENERAL NOTARY-State of Nebraska
LEKEISHA MARTIN-MANN
My Comm. Exp. Feb. 26, 2022

⑤

From: Felix Santos
#90-A-2610
Sullivan Correctional Facility
P.O. Box 116
Fallsburg NY 12733

To: Clerk of The Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Legal Mail

RECEIV[ED]
SEP 17 [20]19
S.D. OF [NY]

USMS
SDNY

**CERTIFIED MAIL**

7019 1120 0000 5608 5225

# PRIORITY MAIL

FROM: Candy Grush
4815 Eastridge D
Omaha NE 68134

RECEIVED SEP 23 2019 PRO SE OFFICE

TO: United States District
of Southern District New York
Pro Se Intake Unit 2
Thurgood Marshall
40 Foley Square
Rm 105
New York, New York 1...