USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNY RAMGOOLIE,

                                  **Plaintiff,**

      -against-

ANDY RAMGOOLIE,

                                  **Defendant.**

-----------------------------------------------------------------X

16-CV-3345 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On April 5, 2019, the Court granted Plaintiff's request for attorney's fees and costs incurred in connection with Plaintiff's previous motion to compel and motion for sanctions. ECF No. 189. On July 1, 2019, Plaintiff moved for a finding of civil contempt against Defendant for his failure to pay the entire amount directed by the April 5, 2019 Order. ECF No. 199. Defendant opposes the motion by submitting two affidavits, one from Defendant's counsel and one from Defendant. See ECF No. 210–11. Through statements in these affidavits, Defendant argues that the Court should deny the motion because he has paid a portion of the amount directed by the Court's April 5, 2019 Order and he is unable to pay the remainder. Id. In his opposition affidavits, Defendant also requests *in camera* review of his relevant financial documents which he claims prove his inability to pay the outstanding amount. Defendant has not made a showing that *in camera* review of the evidence supporting his financial inability to pay is proper. To avoid prejudice to Defendant, however, I will allow the Defendant to file under seal the aforementioned evidence of his financial status in support of his defense.

The Court authorizes Defendant to submit evidence of his financial status by filing the appropriate documentation and a brief cover letter under seal, with access granted to all parties, by no later than February 21, 2020. As Plaintiff is *pro se*, Defendant shall also serve a copy of the filing on Plaintiff at her physical address. This accommodation will reasonably protect Defendant's privacy from the public but allow the Plaintiff access to the information on which Defendant seeks a court ruling. Defendant may redact from the filing any bank account numbers or other sensitive personal identifying information.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 13, 2020
         New York, New York


cc:      Jenny Ramgoolie (*by Chambers*)
         900 Henderson Ave., Apt. 2515
         Houston, TX 77058