```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

**JENNY RAMGOOLIE,**

                              Plaintiff,                    16-CV-3345 (VEC) (SN)

             -against-                                   **ORDER**

**ANDY RAMGOOLIE,**

                              Defendant.

```
----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      By Order dated February 13, 2020, the Court permitted Defendant to file evidence of his financial status in support of his opposition to Plaintiff's pending motion to hold Defendant in civil contempt. ECF No. 239. Specifically, the Court authorized Defendant to file, by no later than Friday, February 21, 2020, the appropriate documentation and a brief cover letter "<u>under seal, with access granted to all parties</u> . . .." <u>Id.</u> (emphasis added). The Court also directed Defendant to serve a copy of any submission by mail upon plaintiff, who is *pro se*. Defendant did not file his submission on the docket as instructed and did not file proof of service upon plaintiff. The Court received an *ex parte* submission, dated February 20, 2020, by mail on Monday, February 24, 2020.

      The Court has reviewed Defendant's *ex parte* submission and concludes that it should be filed on the public docket with limited redactions. Defendant is ORDERED to file a complete version of his *ex parte* submission dated February 20, 2020, with only the following information redacted:

- Exhibit 1, in its entirety

- Defendant's "high yield checking" account number(s) (Exhibit 4)

- Defendant's ("employee's") "SSA number" (Exhibit 5)

- Ship Wrecked Bar and Grill, Inc. d/b/a "Wicked Willy's" "account number" (Exhibit 5)

- Defendant's mortgage information "account number" (Exhibit 6)

- Defendant's "loan number" (Exhibit 6)

- Defendant's "account number" (Exhibit 6)

- Any account numbers or routing numbers from check images (Exhibit 7)

## CONCLUSION

Defendant is ORDERED to file his submission in compliance with this Order by no later than February 28, 2020. Alternatively, by that date, Defendant may submit a letter motion demonstrating good cause to redact additional information in his submission according to the standard set forth by the Court of Appeals in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006). Defendant must also file proof of service upon Plaintiff by February 28, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  February 25, 2020
        New York, New York