UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/12/2020__

------------------------------------------------------------ X
JENNY RAMGOOLIE,            :
          :
          Plaintiff,    :
          :
      -against-      :
          :
ANDY RAMGOOLIE,       :
          :
          Defendant. :
------------------------------------------------------------ X

16-CV-3345 (VEC)(SN)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2018, this Court adopted the Magistrate Judge's Report and Recommendation on the parties' cross-motions for summary judgment that, in part, directed Defendant to pay "the reasonable attorney's fees and costs that Plaintiff incurred in connection with her motion to compel and motion for sanctions" (Dkts. 139, 149);

WHEREAS on April 5, 2019, the Magistrate Judge awarded Plaintiff $18,712.31 in attorneys' fees and costs (Dkt. 189);

WHEREAS Plaintiff filed a motion for a finding of civil contempt for Defendant's failure to pay part of the amount directed by the April 5, 2019, Order (Dkt. 199);

WHEREAS Defendant opposed the motion for a finding of civil contempt, arguing that he is unable to pay the remaining amount (Dkt. 211);

WHEREAS the Magistrate Judge issued Certification of Facts, Conclusions of Law, and Proposed Remedy that Defendant should be held in civil contempt and ordered to pay the remaining amount plus interest and costs incurred for bringing the contempt motion (Dkt. 241);

IT IS HEREBY ORDERED that no later than **March 13, 2020**, Defendant must notify the Court whether he requests a hearing on the issue of his ability to pay.  If Defendant requests a hearing, the Court will hold the hearing on **March 17, 2020, at 2:30 p.m.**

**SO ORDERED.**

**Date:  March 12, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**