Jenny Ramgoolie
9402 Calwood Circle,
Spring, Texas 77379

June 23rd,, 2020

Judge Sarah Netburn
SDNY
Case: CV 1:16 CV 00345 (VEC)(SN)

Dear Judge Netburn,

**Docket # 281**

I don't understand what this document means. I am trying to figure what Judge Caproni is Requesting.

Please if you can explain a bit, I would be thankful.

_____
Jenny Ramgoolie
Pro-se
jramgoolie@gmail.com

cc. Andy Ramgoolie by email
Terry Brostowin by email