USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNY RAMGOOLIE,

                 Plaintiff,              16-CV-3345 (VEC)(SN)

    -against-                        **ORDER**

ANDY RAMGOOLIE,

                 Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In connection with his opposition to Plaintiff's proposed findings of fact and conclusions of law concerning the damages inquest in this case, *pro se* Defendant Andy Ramgoolie has submitted an estimated several hundred documents, including checks with unredacted account numbers. Due to the time and effort required to redact the account number on each check, docketing services cannot upload and file the submission as presented. Defendant is therefore ORDERED to: (1) submit a scanned copy of each check to be filed on standard 8 1/2" x 11" paper (2) with the account number(s) redacted, if he so desires, by no later than Tuesday, August 11, 2020. To avoid prejudice, the Court will consider the redacted submissions received as of the date of the previous unredacted submissions. If the Court does not receive newly redacted checks by August 11, 2020, it will file the unredacted documents in their entirety and will date the filing according the original date of receipt.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    July 30, 2020
                 New York, New York

cc: Andy Ramgoolie (*by Chambers*)
Andyneonusa@gmail.com