UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNY RAMGOOLIE,

                              Plaintiff,

          -against-

ANDY RAMGOOLIE,

                              Defendant.

-----------------------------------------------------------------X

16-CV-3345 (VEC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2020

**SARAH NETBURN, United States Magistrate Judge:**

      On March 16, 2020, the Court awarded Howard Bender attorney's fees for costs incurred in preparing a successful contempt motion against Defendant. See ECF No. 254. In connection with the Order awarding fees, the Court directed Plaintiff Jenny Ramgoolie to file a motion for fees so that the Court could determine the award's amount. Plaintiff submitted billing records on April 10, 2020, indicating that Mr. Bender's award should be $6,450.00, calculated by multiplying Mr. Bender's hourly rate of $375.00 (a fee previously acknowledged as reasonable by the Court, see ECF No. 189 at 5–6), by 17.2 hours of work expended. ECF No. 258. Mr. Bender confirmed this award calculation by submitting a declaration in support of his recently withdrawn motion for sanctions. See ECF No. 288 at ¶ 9. Defendant does not oppose the calculation. Upon review, the Court agrees with this calculation and finds the fee reasonable.

      Defendant is therefore ORDERED to pay Mr. Bender attorney's fees in the amount of $6,450.00, for the costs incurred in bringing the contempt motion. Further, the Clerk of Court is

respectfully directed to terminate the motion at ECF No. 287 following Mr. Bender's withdrawal of that motion. See ECF No. 298.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 2, 2020
           New York, New York

cc:        Andy Ramgoolie (*by Chambers*)
           Andyneonusa@gmail.com

2