UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JENNY RAMGOOLIE,                               :

                                               :

                          Plaintiff,           :

                                               :

                 -against-                     :

                                               :

ANDY RAMGOOLIE,                                :

                                               :

                          Defendant.  :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/8/22___

16-CV-3345 (VEC) (SN)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court awarded Plaintiff $398,380 Trinidad and Tobago Dollars ("TTD")

plus pre-judgment interest at a 9 percent yearly rate accruing from January 15, 2016 until the

date of entry of its judgment, *see* Dkt. 324;

IT IS HEREBY ORDERED that not later than **March 25, 2022**, Plaintiff must submit a

proposed conversion rate of $398,380 TTD to U.S. dollars in order for the Court to calculate

interest and award damages.  Defendant may respond to Plaintiff's proposed judgment not later

than **April 1, 2022**.  Pursuant to New York law, the proposed conversion rate should reflect "the

rate of exchange prevailing on the date of entry of the judgment."  N.Y. Judiciary Law § 27(b).

**SO ORDERED.**

Date:  March 8, 2022
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**