UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JENNY RAMGOOLIE,

                             Plaintiff,

                -against-

ANDY RAMGOOLIE,

                            Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/22

16-CV-3345 (VEC) (SN)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 4, 2022, the Court entered an order adopting Magistrate Judge Netburn's report and recommendation awarding Plaintiff $398,380 Trinidad and Tobago Dollars ("TTD") plus pre-judgment interest at a 9 percent yearly rate accruing from January 15, 2016 until the date of entry of judgment, *see* Dkt. 324;

      WHEREAS the Court then ordered Plaintiff to submit a proposed conversion rate from TTD to U.S. Dollars ("USD"), *see* Dkt. 325;

      WHEREAS Plaintiff has calculated the conversion rate to be $6.81247 TTD to $1 USD, *see* Dkt. which would amount to $58,478.06 USD plus prejudgment interest, *see* Dkt. 326; and

      WHEREAS Defendant agrees with the rate provided by Plaintiff, *see* Dkt. 327;[1]

      IT IS HEREBY ORDERED that Plaintiff is awarded $58,478.06 USD plus pre-judgment interest at a 9 percent yearly rate accruing from January 15, 2016 until March 4, 2022. The Clerk of Court is respectfully directed to enter judgment, close any open motions and close this case.

---

[1] Defendant's calculation yields $58,478.05, *see* Dkt. 327, which fails to round up based on the next decimal.

SO ORDERED.

Date: March 30, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**