UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNY RAMGOOLIE,

                      Plaintiff,

      -against-

ANDY RAMGOOLIE,

                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/31/2022

16 CIVIL 3345 (VEC)(SN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Plaintiff is awarded $58,478.06 USD plus pre-judgment interest at a 9 percent yearly rate accruing from January 15, 2016 until March 4, 2022, in the amount of $32,299.11; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2022

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court

                                   BY:
                                                           **Deputy Clerk**